**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | * | |
| *Plaintiff*, | * | |
| v. | * | Civil No. DLB-23-1148 |
| **VALINDA NWADIKE, M.D.,** | * | |
| *Defendant.* | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**<u>JOINT STATUS REPORT</u>**

Pursuant to the Court's September 6, 2024 Order, ECF No. 33, the Parties hereby submit this Joint Status Report. The Parties continue to work with Judge Simms on settlement. Efforts to settle this case have been delayed by Defendant's divorce proceedings, which are now scheduled to conclude on or before February 21, 2025. The Parties therefore request that the stay be continued up through and including February 28, 2025.

Respectfully submitted,

Erek L. Barron
United States Attorney

*/s/ Matt Haven*
Matthew A. Haven
Roann Nichols
Assistant U.S. Attorney
U.S. Attorney's Office
District of Maryland
36 S. Charles Street, 4th Fl.
Baltimore, MD 21201
(410) 209-4800