**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | * | |
| *Plaintiff*, | * | |
| v. | * | Civil No. DLB-23-1148 |
| **VALINDA NWADIKE, M.D.**, | * | |
| *Defendant.* | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**<u>JOINT STATUS REPORT</u>**

Pursuant to the Court's Paperless Order (ECF No. 56), the Parties hereby submit this Joint Status Report:

1.    The Parties have negotiated terms for settlement and expect to have the settlement agreement signed within a week.

2.    Assuming the settlement agreement is signed, the negotiated terms state that (1) Dr. Nwadike's initial payment will be due by April 1, 2026, and (2) that upon receipt of the initial payment, the Parties shall promptly file a joint stipulation of dismissal.  The Parties therefore propose that if a stipulation of dismissal is not filed by April 15, 2026, the Parties will file another joint status report.

[signatures on following page]

Respectfully submitted,

Kelly O. Hayes
United States Attorney

 /s/ Matthew Shea
Matthew T. Shea
Roann Nichols
Assistant U.S. Attorney
U.S. Attorney's Office
District of Maryland
36 S. Charles Street, 4th Fl.
Baltimore, MD 21201
(410) 209-4800
*Counsel for Plaintiff*


     /s/ Richard Bardos
Richard Bardos, Of Counsel
Schulman, Hershfield & Gilden, P.A.
1 East Pratt Street, 9th Floor
Baltimore, Maryland 21202
(410) 332 0850
*Counsel for Defendant*