**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | * | |
| *Plaintiff,* | * | |
| v. | * | Civil No. DLB-23-1148 |
| **VALINDA NWADIKE, M.D.,** | * | |
| *Defendant.* | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**STIPULATION OF DISMISSAL**

Plaintiff, the United States of America, and Defendant, Valinda Nwadike, M.D., by and through their respective undersigned counsel, pursuant to Federal Rule 41(a)(1), hereby dismiss all claims in the above referenced matter without prejudice.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

  /s/ Matthew Shea                        /s/ Richard Bardos
Matthew T. Shea                      Richard Bardos, Of Counsel
Roann Nichols                        Schulman, Hershfield & Gilden,
Assistant U.S. Attorney              P.A.
U.S. Attorney's Office               1 East Pratt Street, 9th Floor
District of Maryland                 Baltimore, Maryland 21202
36 S. Charles Street, 4th Fl.        (410) 332 0850
Baltimore, MD 21201                  *Counsel for Defendant*
(410) 209-4800
*Counsel for Plaintiff*